VIRGINIA:

JUL 2 0 2012

CLERK, U.S. ... ... URT

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Criminal Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Citation Nos: 2616908 |
| | ) | Court Date 7/24/12 |
| ERIN ISRAEL, | ) | |
| Accused. | ) | |
| | ) | |

## PRAECIPE AND NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the Accused, ERIN ISRAEL, has retained Scott A.

Surovell, Esq. and the law firm of Surovell Isaacs Petersen & Levy PLC to represent her

in the above-styled matter.

ERIN ISRAEL

By: _____ for
                              Counsel

Scott A. Surovell, Esq., VSB #40278
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, Suite 200
Fairfax, VA 22030
Direct 703.277.9750
Facsimile 703.591.9285
Counsel for Ms. Israel

## Certificate of Service

I certify on July 18, 2012, that I faxed and mailed a copy of the foregoing to:

Roseanne C. Haney, Esq.
United States Attorney for the Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314

Scott A. Surovell

2