IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED

2012 JUL 23 A 10: 15

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No.1:12MJ 465 |
| ) | CLASS A MISDEMEANOR |
| v. ) | Court Date: July 24, 2012 |
| ) | Initial Appearance |
| ERIN ASHLEY ISRAEL ) | |

CRIMINAL INFORMATION
(Count 1 - CLASS A MISDEMEANOR – 2616908)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about July 8, 2012, at the Wolf Trap Farm Park, in the Eastern District of Virginia, the defendant, ERIN ASHLEY ISRAEL, did unlawfully, knowingly and intentionally possess a mixture and substance which contains a detectable amount of Marijuana, a Schedule I controlled substance.

(Violation of Title 21, United States Code, Section 844).

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: _____
Rosanne C. Haney
Assistant U.S. Attorney
Attorney for the United States
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703)-299-3743
Fax: (703)-299-3980
rosie.haney@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Criminal Information will be hand-delivered to the defendant on the 24th day of July, 2012.

_____
Rosanne C. Haney
Assistant United States Attorney