UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: <u>THERESA CARRROLL BUCHANAN</u>

UNITED STATES OF AMERICA

-VS-

HEARING: <u>DISMISSAL</u> CASE #: <u>12mj465</u>

DATE: <u>9-18-12</u> TIME: <u>2:00 pm</u>

TYPE: <u>FTR RECORDER</u> DEPUTY CLERK: <u>T. FITZGERALD</u>

<u>Erin Isreal</u>

COUNSEL FOR THE UNITED STATES: <u>J. Hertz</u>
COUNSEL FOR THE DEFENDANT: <u>S. Surovell</u>

INTERPRETER:_____ LANGUAGE:_____

( X ) DEFENDANT APPEARED: ( X ) WITH COUNSEL ( ) WITHOUT COUNSEL

( ) DEFENDANT FAILED TO APPEAR ( ) WARRANT TO BE ISSUED

( ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

( ) COURT TO APPOINT COUNSEL _____ ( ) DFT. TO RETAIN COUNSEL

( ) JURY TRIAL WAIVED ( ) CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

( ) PLEA OF GUILTY TO COUNT(S)_____ ( ) PLEA OF NOT GUILTY TO COUNT(S)_____

( ) COURT ACCEPTS PLEA ( ) GVT. DISMISSES COUNT(S)_____

MINUTES: <u>Gov't requests case be DISMISSED w/o prej. — GRANTED</u>

**CONDITIONS OF RELEASE:**
($_____ ) UNSECURED ($_____ ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING ( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT ( ) AVOID CONTACT
( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

**SENTENCE:**
( ) MONTHS PROBATION ( ) SUP ( ) UNSUP ( ) 3607 ( ) YRS SUP RELEASE
( ) DAYS JAIL ( ) AS DIRECTED PURSUANT TO 18 USC 3563(b)(10) ( ) CREDIT
( ) DAYS HOME DETENTION ( ) TIMEOUTS ( ) ELECTRONIC MONITORING
( ) SATT ( ) ALCOHOL PROGRAM ( ) ROL ( ) NO DRIVING ( ) INTERLOCK DEVICE
( ) MENTAL HEALTH TEST/TREAT ( ) BARRED FROM FEDERAL PARKS ( ) HRS. COMMUNITY SERVICE
($_____ ) FINE ($_____ ) S.A. ($_____ ) PROCESSING FEE AS TO COUNT _____
($_____ ) FINE ($_____ ) S.A. ($_____ ) PROCESSING FEE AS TO COUNT _____

NEXT COURT APPEARANCE:_____ at _____ Before_____
( ) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) RS
( ) RELEASE ORDER GIVEN TO USMS
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS